BENJAMIN F. ROMAINE et al., Respondents, *v.* THOMAS T. BREWSTER, Appellant.

APPEAL from a judgment in favor of plaintiffs.

*H. W. Schmitz*, for appellant.

*Davison & Chapman*, for respondents.

*Per Curiam.* The judgment appealed from is affirmed, with costs, on the opinion of the Common Pleas General Term, filed November 5, 1894, and reported in 10 Misc. Rep. 120; 62 N. Y. St. Repr. 517.

Present: VAN WYCK and McCARTHY, JJ.
Judgment affirmed, with costs.

---

ALEXANDER POLLOCK, Respondent, *v.* THE PENNSYLVANIA IRON WORKS CO., Appellant.

APPEAL from judgment in favor of plaintiff.

*A. W. Kent*, for appellant.

*C. De H. Brower*, for respondent.

VAN WYCK, J. Judgment affirmed, with costs.

EHRLICH, Ch. J., and McCARTHY, J., concur.
Judgment affirmed, with costs.

---

MAX TAUBE, Respondent, *v.* THE DRY DOCK, EAST BROADWAY & BATTERY RAILROAD Co., Appellant.

APPEAL from an order of the trial justice.

*John M. Scribner*, for appellant.

*Grossman & Vorhaus*, for respondent.

VAN WYCK, J. The order appealed from is affirmed on the opinion of the trial justice filed February 19, 1895.

EHRLICH, Ch. J., and McCARTHY, J., concur.
Order affirmed.